In the Matter of ANONYMOUS, an Alleged Incapacitated Person.

Submitted October 29, 2007; decided December 18, 2007

Reported below, 41 AD3d 346.

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion to seal dismissed as unnecessary (*see* Rules of Ct of Appeals [22 NYCRR] § 500.5 [b]).

In the Matter of SHAWN GREEN, Appellant, v GLENN S. GOORD, as Commissioner of the New York State Department of Correctional Services, Respondent.

Submitted October 22, 2007; decided December 18, 2007

Reported below, 42 AD3d 966, 2007 NY Slip Op 79836(U).

Motion, insofar as it seeks leave to appeal from the July 2007 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the September 2007 Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of SHAWN GREEN, Appellant, v GLENN S. GOORD, as Commissioner of the New York State Department of Correctional Services, Respondent.

Submitted October 22, 2007; decided December 18, 2007

Reported below, 42 AD3d 971, 2007 NY Slip Op 79837(U).

Motion, insofar as it seeks leave to appeal from the July 2007 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the September 2007 Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.